JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL D. MCGHEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. 5:19-cv-00910-VBF-JC<br><br>JUDGMENT |

　　Final judgment is hereby entered in favor of all the defendants and against the plaintiff.  IT IS SO ADJUDGED.

DATED: May 13, 2022　　　　　　　/s/ Valerie Baker Fairbank

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE